IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| TERRYL T. MATT, | ) | Civil Action No. CV 16-46-GF-BMM |
| | ) | Civil Action No. 15-cv-00028 |
| Plaintiff, | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| Fort Belknap Indian Community, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |
| TERRYL T. MATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the cases *Matt v. United States* (15-cv-00028) and *Matt v. Fort Belknap Indian Community* (CV 16-46-GF-BMM) shall be consolidated. The Court stays the expert report deadline until November 30, 2016, so that Parties may develop the report in a way that addresses the breadth of issues contemplated by the consolidation of cases. The Court will maintain the

status conference on April 17, 2017, to select a trial date. A telephonic status conference will be held on **Thursday, December 1, 2016 at 1:30 p.m.**

DATED this 11th day of October, 2016.

_____
Brian Morris
United States District Court Judge