IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRYL T. MATT, | Civil Action No. CV 16-46-GF-BMM |
| | Civil Action No. 15-cv-00028 |
| Plaintiff, | |
| v. | |
| Fort Belknap Indian Community, | |
| Defendant. | AMENDED ORDER AMENDING SCHEDULE |
| TERRYL T. MATT, | |
| Plaintiff, | |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Upon the parties, having filed an Unopposed Joint Motion to Amend Schedule:

IT IS HEREBY ORDERED that the schedule is modified for this matter as follows:

| | |
|---|---|
| All Parties shall disclose rebuttal experts on or before: | January 13, 2017 |
| Discovery shall close on: | April 1, 2017 |

| | |
|---|---|
| All pretrial motions, other than discovery motions, to include motions for summary judgment and motions in limine, shall be filed on or before: | April 1, 2017 |
| Telephonic status conference to address selection of trial date and other pre-trial issues will be conducted on: | April 17, 2017 at 1:30 p.m. |

DATED December 13th, 2016.

Brian Morris
United States District Court Judge