IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| TERRYL T. MATT,<br>    Plaintiff,<br><br>vs.<br><br>FORT BELKNAP INDIAN COMMUNITY,<br>    Defendant.<br><br>TERRYL T. MATT,<br>    Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br>    Defendant. | CV-16-46-GF-BMM<br>CV-15-28-GF-BMM<br>(Consolidated)<br><br>**ORDER ON UNITED STATES'S SECOND MOTION FOR SUMMARY JUDGMENT (LIABILITY EXPERTS)** |

**IT IS ORDERED** that:

The United States's Second Motion for Summary Judgment (Liability Experts) (Doc. 43 in CV-16-46; Doc. 78 in CV-15-28) is **DENIED** for the reasons set forth in the Court's June 13, 2017 Order. (Doc. 99 in CV-16-46 at 9-11; Doc. 134 in CV-15-28 at 9-11.)

DATED this 22nd day of June, 2017.

Brian Morris
United States District Court Judge