IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| TERRYL T. MATT, | ) | Civil Action No. 15-cv-00028-BMM |
| | ) | Civil Action No. 16-cv-00046-BMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| Fort Belknap Indian Community, | ) | |
| | ) | ORDER OF DISMISSAL |
| Defendant. | ) | |
| | ) | |
| TERRYL T. MATT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of the Stipulation of Voluntary Dismissal Pursuant to F.R.C.P. 41, IT IS HEREBY ORDERED that the matter of *Matt v. United States* (15-cv-0028) only be dismissed with prejudice except for the enduring obligations memorialized in the Consent Decree (Doc. 160) entered by this Court on October

16, 2017.

DATED this 16th day of October, 2017.

/s/ Brian Morris
Brian Morris
United States District Court Judge