IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | | |
|---|---|---|
| TERRYL T. MATT, | ) | |
| | ) | Civil Action No. 15-cv-00028-BMM |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

Upon consideration of Plaintiff Terryl T. Matt's Unopposed Motion to File Term Sheet, Settlement Agreement and Related Briefing Under Seal, and finding good cause shown therein, it is hereby ORDERED that:

1. Plaintiff may file under seal the Term Sheet and Settlement Agreement and Release memorializing her confidential agreement with the Fort Belknap Indian Community in *Matt v. Fort Belknap Community (*16-cv-00046-BMM);

2. Briefing addressing the contents of paragraph 6 of the Settlement Agreement shall be filed under seal; and

3. Plaintiff shall provide the United States a copy of the Term Sheet and

Settlement Agreement and Release and any related briefing filed under seal.

DATED this 19th day of June, 2019.

_____
Brian Morris
United States District Court Judge